**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|                                                       |   |                        |
|---                                                    |---|---                     |
| **ARTHUR O. KLEIN,**                                  | : |                        |
|                                                       | : |                        |
| **Plaintiff,**                                        | : |                        |
|                                                       | : |                        |
| v.                                                    | : |                        |
|                                                       | : | Civil No. 05-647 (GK)  |
| **JAMES A. TOUPIN**                                   | : |                        |
| **General Counsel,**                                  | : |                        |
| **U.S. Patent and Trademark**                         | : |                        |
| **Office, et al.,**                                   | : |                        |
|                                                       | : |                        |
| **Defendants.**                                       | : |                        |

**ORDER**

Plaintiff, Arthur Klein, brings this case pro se alleging that Defendants, James Toupin, Harry Moatz, the United States Patent and Trademark Office ("USPTO"), and the United States Department of Commerce, unlawfully denied his seventh petition for reinstatement to practice before the USPTO. He brings suit under the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 et seq., the First, Fourth, Fifth, and Fourteenth Amendments to the United States Constitution, the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and 42 U.S.C. § 1983.

This matter is before the Court on Plaintiff's Motion for Summary Judgment, [#44], and Defendants' Cross Motion to Dismiss or, in the Alternative, for Summary Judgment, [#52]. Upon consideration of the Motions, Oppositions, Replies, and the entire

record herein, and for the reasons stated in the Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Motion, [#44], is **denied**; and it is further

**ORDERED** that Defendants' Motion, [#52], is **granted**; it is further

**ORDERED** that Plaintiff is barred from filing any further Complaint in this Court relating in any way to his 1987 suspension from practice before the USPTO; it is further

**ORDERED** that all other pending motions in this case, [#86, #87, #91, #98, #99, and #101] are **denied as moot**; and it is further

**ORDERED** that this case is **dismissed with prejudice.**


May 24, 2006
/s/
Gladys Kessler
United States District Judge


**Copies via ECF to all counsel
of record**